**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is court reporter Jackie Galindo's December 23, 2018 second request for an extension of time to file the reporter's record in this case. We **GRANT** the request and **ORDER** the record filed no later than **January 30, 2019**. We caution Ms. Galindo that further requests for extension of time will be disfavored.

/s/    DAVID EVANS
JUSTICE